ANGELA M. ALIOTO (SBN 130328)
STEVEN L ROBINSON (SBN 116146)
JOSHUA D. BOXER (SBN 226712)
**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiffs
BRYANT, MCKNEELY, HANLEY and AMEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO BRYANT, ERIC MCKNEELY, DALE HANLEY and RONALD AMEY,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKING GROUP; EARTHGRAINS BAKING COMPANIES, INC; BOB WYCHE and GEORGE VILLAREAL,<br><br>Defendants. | Case No. C-05-4369-WHA<br><br>**ORDER OF THE COURT UPON JOINT REQUEST FOR ORDER OF REMAND** |

The parties in this case have jointly requested that this matter be remanded to state court. They have submitted a stipulation in support of their request which sets forth the pertinent facts as to the nature of the underlying case in state court, the removal of the case to this Court by the Defendants, the basis for removal by the

Order of the Court Joint Request for Order of Remand,
**Bryant et al v. Sara Lee Corp.**, C-05-4369-WHA                Page 1 of 2

1  Defendants and the position of the Plaintiffs toward the removal. Specifically, the
2  stipulation shows that: Defendants contend the Plaintiffs' sixth cause of action is pre-
3  empted by § 301 of the Labor Management Relations Act; The Plaintiffs deny that the
4  sixth cause of action is pre-empted; the parties agree that the first five causes of action in
5  the complaint are not subject to pre-emption under § 301 of the Labor Management
6  Relations Act; The Plaintiffs have represented that in asserting their sixth cause of
7  action they do not rely on any fact or set of facts that would be subject to pre-emption
8  under § 301 of the Labor Management Relations Act; and in consideration of that
9  representation, the Defendants join with the Plaintiffs in requesting this case be
10 remanded to state court.
11        Upon review of the stipulation of the parties, it appears that there is GOOD
12 CAUSE to grant the joint request and to order this case remanded to state court
13 forthwith.
14        IT IS SO ORDERED.

16 Date: December 8, 2005



_____
The Honorable William Alsup
United States District Court Judge
of the Northern District of California

Order of the Court Joint Request for Order of Remand,
**Bryant et al v. Sara Lee Corp**, C-05-4369-WHA                Page 2 of 2